# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

IN RE TURNER GRAIN MERCHANDISING, INC.

M. RANDY RICE, TRUSTEE                                                    PLAINTIFF

v.                          NO. 4:17MC00011 JLH

PRAIRIE GOLD FARMS;
and FRANK PRISLOVSKY                                                    DEFENDANTS

## ORDER

This is an adversary proceeding commenced in bankruptcy court in which the defendants have moved to withdraw the reference. The Trustee, who is the plaintiff, has not responded. The motion is therefore granted and the reference is hereby withdrawn. Document #1. The Court directs the Clerk to close the miscellaneous case that was opened when the motion to withdraw the reference was filed and to open a new civil action for the adversary proceeding that was initially commenced in bankruptcy court.

IT IS SO ORDERED this 1st day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE